```
                        UNITED STATES DISTRICT COURT
                             DISTRICT OF NEVADA
```

LESTER WEAVER,                       )   2:09-CV-01135-ECR-PAL
                                     )
    Plaintiff,                       )   MINUTES OF THE COURT
                                     )
vs.                                  )   DATE: October 29, 2009
                                     )
WAL-MART STORES, INC.,               )
                                     )
    Defendants.                      )
_____)

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN        Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On October 6, 2009, the Magistrate Judge filed a Report and Recommendation (#19) recommending that this action be dismissed.  No objections were timely filed to the Report and Recommendation (#19).

    The Report and Recommendation (#19) appears to be well taken.  **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#19) is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

    The Clerk shall enter judgment accordingly.

                                                       LANCE S. WILSON, CLERK

                                                       By      /s/
                                                             Deputy Clerk